UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAMONT ZAMICHIELI,** : | |
|     Plaintiff, : | |
| : | |
| v. : | No. 25-cv-1202 |
| : | |
| **C/O DAV. GARNETT,** *et al.*, : | |
|     Defendants. : | |

**O R D E R**

**AND NOW**, this 3rd day of November, 2025, upon consideration of Defendants' Motion to Dismiss (ECF No. 27) and Plaintiff Lamont Zamichieli's Response thereto (ECF No. 29), it is **ORDERED** that:

1. The Motion is **GRANTED in part** and **DENIED in part** for the reasons stated in the Court's accompanying Memorandum as follows:

   a. The motion to dismiss any claims based on the strip search is **DENIED as unnecessary** because Zamichieli acknowledges he has no intention of bringing a claim based on a strip search.

   b. The motion to dismiss any claims against Nyce for telling Zamichieli to "stop snitching" is **DENIED as unnecessary** because Zamichieli acknowledges he has no intention of bringing a claim based on this statement.

   c. The motion to dismiss retaliation claims based on allegations that Zamichieli was retaliated against for filing a lawsuit against Defendant Terra's nephew is **GRANTED as unopposed**, and these retaliation claims are **DISMISSED** from this case.

    d.   The motion to dismiss Zamichieli's due process claims is **GRANTED.** Claims based on the August 4 incident, which are *Heck*-barred, are **DISMISSED without prejudice** to Zamichieli reasserting those claims in a new civil lawsuit only in the event his underlying conviction is invalidated. The remaining due process claims are **DISMISSED with prejudice**.

    e.   The motion to dismiss the Eighth Amendment claims for excessive force, sexual abuse, and deliberate indifference, as well as First Amendment claims for retaliation for filing grievances and PREA complaints about the abuse, based on Zamichieli's alleged failure to plead personal involvement is **DENIED**.

2. Zamichieli's claims for injunctive relief are **DISMISSED as moot**.

3. Defendants shall file a responsive pleading as to the remaining claims in the Complaint in accordance with Federal Rule of Civil Procedure 12(a)(4).

                                      **BY THE COURT:**

                             */s/ Joseph F. Leeson, Jr.*
                             **JOSEPH F. LEESON, JR.**
                             **United States District Judge**